**No. 58615.**—Getz Bros. Co., Inc. *v.* United States, protest 228370–K (New York).

Opinion by WILSON, J.  It was stipulated that the merchandise and the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).  In accordance with stipulation of counsel and following the cited case, the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58616.**—Manhattan Novelty Corp. et al. *v.* United States, protests 232547–K, etc. (New York).

Opinion by WILSON, J.  It was stipulated that the merchandise and the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).  In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58617.**—American Thermo-Ware Company *v.* United States, protest 233546–K (New York).

Opinion by WILSON, J.  It was stipulated that the merchandise and the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).  In accordance with stipulation of counsel and following the cited case, the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).